1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| DEL TACO LLC, a California limited liability company, and DEL TACO RESTAURANTS, INC., a Delaware corporation,<br><br>        Petitioners,<br>  v.<br><br>FLORIDEL, LLC, a Florida limited liability company, JOHN MCDONNELL JR., a citizen of the Commonwealth of Massachusetts, RAM K. REDDY, a citizen of the State of Florida, STEPHEN RUFF, a citizen of the State of Florida, and EDWARD HOWIE, a citizen of the State of Georgia,<br><br>        Respondents. | CASE NO.: 8:16-cv-01248-JLS-DFMx<br><br>**JUDGMENT** |

On October 11, 2016, the Court granted Petitioners Del Taco LLC's and Del Taco Restaurants, Inc.'s Motion to Confirm Arbitral Award.  (Order, Doc. 29.)  The Court hereby finds and orders as follows:

1. The Court confirms the Arbitral Award.

2. The Court orders Respondents to pay Petitioners $1,183,275.10, plus post-judgment interest pursuant to 28 U.S.C. § 1961, accruing from the date of this Judgment until the date this Judgment is satisfied. The $1,183,275.10 consists of:

    a. $887,656.25 in attorneys' fees;

    b. $226,960.35 in costs; and

    c. $68,658.50 in administrative fees and expenses for the arbitration proceeding.

**IT IS SO ORDERED.**

Dated:  October 19, 2016

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE